United States District Court<br>for the Western District of Michigan

_____

# REPORT FOLLOWING
## VOLUNTARY FACILITATIVE MEDIATION SESSION

| Case Number | Case Caption | Date of Session |
|---|---|---|
|  |  |  |

**PARTIES**     **Attendees**

| Name | On Behalf Of |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**COUNSEL**

| Name | On Behalf Of |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Result:   Settled in full - Final paperwork will be filed by:
          Mediation continuing - Date of Next Session
          Not settled - Mediation Completed


Dated: _____     /s/ _____

                                        Mediator